George M. Jones (SBN 160227)
**COPPENRATH & ASSOCIATES LLP**
E-mail: gjones@coppenrathlaw.com
400 Oceangate, Suite 700
Long Beach, California 90802
Telephone: (562) 216-2948
Facsimile: (562) 252-1136
Attorneys for STEPH DUTTON and
HEIDI TIURA, Claimants to the Substitute
Res of the Defendant Vessel
PRINCESS OF WALES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT REYNOLDS, | Case No.: SACV08-1183 AG (MLGx) |
| Plaintiff, | ~~[proposed]~~ |
| v. | **JUDGMENT** |
| MARINE VESSEL PRINCESS OF WALES (Ex PACIFIC DREAM) Official No. 1065433, | |
| Defendant. | Complaint Filed: October 24, 2008 |

The Parties having filed cross-motions for summary judgment and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing, that the action be dismissed with prejudice on the merits for the reasons stated in this Court's ORDER GRANTING CLAIMANTS' MOTION FOR SUMMARY JUDGMENT; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT dated September 8, 2009.

1   It is further **ORDERED** that the Clerk of this Court forthwith return to
2   Claimants' counsel of record the $75,000 Claimants paid into the Registry of this
3   Court as a substitute security.
4
5   **IT IS SO ORDERED.**
6
7   Dated: Nov. 4, 2009
8
9                                               _____
10                                              Hon. Andrew J. Guilford
                                                United States District Judge